UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TRACEY HARTZOG,

                Plaintiffs,

-vs-                                      **STIPULATION OF DISMISSAL**

MERCANTILE ADJUSTMENT BUREAU, LLC,    Civil No. 09-CV-6219(T)

                Defendant.

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Tracey Hartzog, and having resolved all claims in the captioned matter, requests that all of Plaintiff's claims against Defendant, Mercantile Adjustment Bureau, LLC, be dismissed in their entirety, with prejudice, each party to bear their own costs and attorney's fees.

Dated: September 3, 2009

LAW OFFICES OF KENNETH HILLER

By: _____
Seth Andrews, Esq.
Attorneys for Plaintiff
6000 North Bailey Avenue, Ste. 1A
Amherst, New York 14226
E-mail: sandrews@kennethhiller.com

Dated: September 4, 2009

HISCOCK & BARCLAY, LLP

By: _____
Paul A. Sanders Esq.
Attorneys for Defendant
2000 HSBC Plaza
100 Chestnut Street
Rochester, New York 14604
E-mail: psanders@hblaw.com

SO ORDERED:

_____
HON. MARIAN W. PAYSON
U.S. Magistrate Judge
Dated: October 2, 2009

ROCHDOCS\551576\1
023584-3040687

- 1 -